No. 83–232.   GEORGIA STATE BOARD OF NATUROPATHIC EXAMINERS ET AL. *v.* BOWERS, ATTORNEY GENERAL OF GEORGIA, ET AL.   C. A. 11th Cir.   Certiorari denied. ■

No. 83–237.   M. W. ZACK METAL CO., INC. *v.* LONDON STEAMSHIP MUTUAL INSURANCE ASSN., LTD., ET AL.   C. A. 2d Cir. Certiorari denied. ■

No. 83–239.   CRAWFORD *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied. ■

No. 83–241.   OLSON MOTOR CO. ET AL. *v.* GENERAL MOTORS CORP. ET AL.   C. A. 8th Cir.   Certiorari denied. ■

No. 83–246.   MACKEY *v.* GRAHAM, STATE AUDITOR OF WASHINGTON, ET AL.   Sup. Ct. Wash.   Certiorari denied. ■

No. 83–248.   NEW ENGLAND TOYOTA DISTRIBUTOR, INC. *v.* JAY EDWARDS, INC.   C. A. 1st Cir.   Certiorari denied. ■

No. 83–249.   EVERITT ET AL. *v.* CITY OF MARSHALL, TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied. ■

No. 83–250.   GIBSON *v.* UTAH.   Sup. Ct. Utah.   Certiorari denied. ■

No. 83–261.   GABLE ET AL. *v.* SAMES ET AL.   C. A. 3d Cir. Certiorari denied. ■

No. 83–262.   CHEECHAKO LEASING CO. *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 83–267.   BROWNFIELD *v.* CITY OF LAGUNA BEACH ET AL. C. A. 9th Cir.   Certiorari denied. ■

No. 83–268.   MICHELIN TIRE CORP., COMMERCIAL DIVISION *v.* BOSTICK OIL CO., INC.   C. A. 4th Cir.   Certiorari denied. ■

No. 83–269.   SEGREST *v.* SEGREST.   Sup. Ct. Tex.   Certiorari denied. ■